JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN FANG DU, Individually and as Assignee of JOON HAK KIM,<br><br>　　Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, DEERBROOK INSURANCE COMPANY, a subsidiary of ALLSTATE INSURANCE COMPANY and DOES 1 through 100, Inclusive,<br><br>　　Defendants. | Case No. CV 08 06301 GW (PJWx)<br><br>JUDGMENT<br><br><br><br>Hon. George H. Wu<br><br>Trial Date:　August 3, 2006<br>Time:　　　　9:00 a.m.<br>Courtroom:　10<br><br>Complaint Filed:　September 15, 2008 |

This action came on regularly for trial on August 3, 2010, in Courtroom 10 of the United States District Court for the Central District of California, the Honorable George H. Wu presiding. Matthew Biren and Sarina Hinson appeared on behalf of Plaintiff Yan Fang Du, as assignee of Joon Hak Kim. Peter H. Klee and Charles Danaher appeared on behalf of Defendant Deerbrook Insurance Company.

///

A jury of eight persons was impaneled and sworn.  Witnesses were sworn and testified.  After hearing the evidence and arguments of the attorneys, and being instructed by the Court, the jury retired to consider its verdict.

On August 10, 2010, the jury answered the Special Verdict form as follows:

We answer the questions submitted to us as follows:

    1.    Did Deerbrook unreasonably or without proper cause, fail to accept a reasonable settlement demand for an amount within the policy limits?

          ____ Yes     _X_ No

    2.    Did Du, individually, make a demand to settle her personal injury claim against Kim for $100,000 or less?

          ____ Yes     _X_ No

    3.    Did Deerbrook have a reasonable opportunity to comply with the terms and conditions of Du's settlement demand?

          ____ Yes     _X_ No

## **JUDGMENT**

Based on the jury's verdict, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1.    Judgment be entered in favor of Defendant Deerbrook Insurance Company and against Plaintiff Yan Fang Du;

    2.    Plaintiff Yan Fang Du take nothing by way of her Complaint against Deerbrook Insurance Company.

Case 2:08-cv-06301-GW-PJW   Document 180   Filed 08/13/10   Page 3 of 3   Page ID #:2451

## **COSTS**

Deerbrook Insurance Company is the prevailing party under Federal Rule of Civil Procedure 54(d)(1), and may pursue recovery of its costs incurred in this action in accordance with said Rule and the Local Rules of this Court.

IT IS SO ORDERED.

DATED: August 13, 2010

_____
Hon. George H. Wu
United States District Court Judge