1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN FANG DU, Individually and as Assignee of JOON HAK KIM, | Case No. CV 08 06301 GW (PJWx) |
| Plaintiffs, | SECOND AMENDED JUDGMENT |
| v. | |
| ALLSTATE INSURANCE COMPANY, DEERBROOK INSURANCE COMPANY, a subsidiary of ALLSTATE INSURANCE COMPANY and DOES 1 through 100, Inclusive, | Hon. George H. Wu |
| | Trial Date:  August 3, 2006<br>Time:          9:00 a.m.<br>Courtroom: 10 |
| Defendants. | |
| | Complaint Filed:    September 15, 2008 |

This action came on regularly for trial on August 3, 2010, in Courtroom 10 of the United States District Court for the Central District of California, the Honorable George H. Wu presiding.  Matthew Biren and Sarina Hinson appeared on behalf of Plaintiff Yan Fang Du, as assignee of Joon Hak Kim.  Peter H. Klee and Charles Danaher appeared on behalf of Defendant Deerbrook Insurance Company.

/ / /

1    A jury of eight persons was impaneled and sworn.  Witnesses were sworn and

2 testified.  After hearing the evidence and arguments of the attorneys, and being

3 instructed by the Court, the jury retired to consider its verdict.

4    On August 10, 2010, the jury answered the Special Verdict form as follows:

5

6 We answer the questions submitted to us as follows:

7

8    1.    Did Deerbrook unreasonably or without proper cause, fail to

9          accept a reasonable settlement demand for an amount within the

10         policy limits?

11         ____ Yes    _X_   No

12

13   2.    Did Du, individually, make a demand to settle her personal

14         injury claim against Kim for $100,000 or less?

15         ____ Yes    _X_   No

16

17   3.    Did Deerbrook have a reasonable opportunity to comply with the

18         terms and conditions of Du's settlement demand?

19         ____ Yes    _X_   No

20

21                          **<u>JUDGMENT</u>**

22    Based on the jury's verdict, IT IS HEREBY ORDERED, ADJUDGED AND

23 DECREED that:

24   1.    Judgment be entered in favor of Defendant Deerbrook Insurance

25         Company and against Plaintiff Yan Fang Du;

26   2.    Plaintiff Yan Fang Du take nothing by way of her Complaint against

27         Deerbrook Insurance Company.

28

1

## <u>COSTS</u>

2      Deerbrook Insurance Company is the prevailing party under Federal Rule of

3  Civil Procedure 54(d)(1), and may pursue recovery of its costs incurred in this

4  action in accordance with said Rule and the Local Rules of this Court.

5      Pursuant to the Clerk of the Court's September 9, 2010 order (Docket No.

6  186), it IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Yan

7  Fang Du shall pay Deerbrook Insurance Company its reasonable costs of suit in the

8  amount of $15,262.10.

9

10      IT IS SO ORDERED.

11

12  DATED:  _October 7, 2010_____

13                                          Hon. George H. Wu
                                             United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28